UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

DAVID OCTAVIO ARGUETA RECINOS,

               Petitioner,

v.

UNKNOWN PARTY et al.,

               Respondents.
_____/

Case No. 1:26-cv-2211

Honorable Jane M. Beckering

## **JUDGMENT**

In accordance with the Opinion entered this day:

**IT IS ORDERED** that Petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 (ECF No. 1) is **DISMISSED WITHOUT PREJUDICE**.


Dated:    August 5, 2026            /s/ Jane M. Beckering
                                        Jane M. Beckering
                                        United States District Judge